Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

STEWART LEE BRASWELL,

    Plaintiff,

v.                                                              4:08cv129-WS

JAIL HOUSE TV
HILLSBOROUGH COUNTY JAIL,
et al.,

    Defendants.

## ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed March 25, 2008.  See Doc. 4.  The magistrate judge recommends that this action be transferred to the Middle District of Florida.  The plaintiff has not responded to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 4) is adopted and incorporated by reference in this order of the court.

2.  The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Tampa Division, for all further proceedings.

DONE AND ORDERED this <u>  25th  </u> day of <u>   April   </u>, 2008.


         <u>s/ William Stafford       </u>
         WILLIAM STAFFORD
         SENIOR UNITED STATES DISTRICT JUDGE